# The Law Office of Noor A. Saab

380 North Broadway, Penthouse West
Jericho, New York 11753
**Tel:** 718-740-5060 * **Fax:** 718-709-5912
**Email**: NoorASaabLaw@Gmail.com

October 18, 2024

<u>**VIA ECF**</u>
Honorable Judge Katherine Polk Failla
Southern District of New York
40 Foley Square
New York, NY 10007



**Re:**   <u>Hernandez v. Twin Cities Comics, LLC - Case No. 1:23-cv-09986-KPF</u>

To the Honorable Judge Katherine Polk Failla,

Plaintiff submits this letter-motion respectfully requesting an extension of the conditional dismissal order pursuant to Your Honors Order dated August 21, 2024 (Docket No. 17). The parties have a settlement in principle but have yet to memorialize the agreement. Plaintiff respectfully requests a thirty (30) day extension of time of the conditional dismissal order from October 18, 2024 to November 18, 2024. This is the first request for this relief and is on consent of both parties.

The parties wish to thank Your Honor and this Court for the time and attention to this matter.

Respectfully submitted,

*/s/ Noor A. Saab, Esq.*
*Attorneys for Plaintiff*

```
Application GRANTED.  Plaintiff's time to file a letter of restoration
following the Court's conditional order of discontinuance (Dkt. #17) is
hereby EXTENDED to November 18, 2024.

The Clerk of Court is directed to terminate the pending motion at
docket entry 18.

Dated:     October 21, 2024          SO ORDERED.
           New York, New York
```

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE