# The Law Office of Noor A. Saab

380 North Broadway, Penthouse West
Jericho, New York 11753
**Tel**: 718-740-5060 * Fax: 718-709-5912
**Email**: NoorASaabLaw@Gmail.com

November 15, 2024

**VIA ECF**
Honorable Judge Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Courtroom 618
New York, NY 10007



**Re:** **Emily Hernandez v. Twin Cities Comics, LLC - Case No. 1:23-cv-09986-KPF**

To the Honorable Judge Katherine Polk Failla,

Plaintiff submits this letter-motion respectfully requesting an extension of the conditional dismissal order pursuant to Your Honors Order dated October 21, 2024 (Docket #19). The parties have a settlement in principle but the Defendant has yet to memorialize the agreement. Plaintiff does not have an explanation from the Defendant for the delay in its execution. Plaintiff respectfully requests a thirty (30) day extension of time to request the case be restored from November 18, 2024 to December 18, 2024. This is the second request for this relief and is on consent of both parties.

The parties wish to thank Your Honor and this Court for the time and attention to this matter.

Respectfully submitted,

*/s/ Noor A. Saab, Esq.*
*Attorney for Plaintiff*

Application GRANTED.  Plaintiff's time to file a letter of restoration following the Court's conditional order of discontinuance (Dkt. #17) is hereby EXTENDED to **December 18, 2024.**  Given this is the second extension request that the Court has granted, the Court expects that no additional time will be required by the parties to memorialize their agreement, and will grant no further extensions absent exigent circumstances.

The Clerk of Court is directed to terminate the pending motion at docket entry 20.

Dated:     November 18, 2024               SO ORDERED.
           New York, New York

                                           HON. KATHERINE POLK FAILLA
                                           UNITED STATES DISTRICT JUDGE