# The Law Office of Noor A. Saab
380 North Broadway, Penthouse West
Jericho, New York 11753
**Tel:** 718-740-5060 * Fax: 718-709-5912
**Email**: NoorASaabLaw@Gmail.com

December 18, 2024

**VIA ECF**
Honorable Judge Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Courtroom 618
New York, NY 10007



**Re:** **Emily Hernandez v. Twin Cities Comics, LLC - Case No. 1:23-cv-09986-KPF**

To the Honorable Judge Katherine Polk Failla,

Plaintiff submits this letter-motion respectfully requesting an extension of the conditional dismissal order pursuant to Your Honors Order dated November 18, 2024 (Docket #21). The parties have a settlement in principle and we are awaiting a fully executed agreement. Plaintiff respectfully requests a thirty (30) day extension of time to request the case be restored from December 18, 2024 to January 2, 2025. This is the third request for this relief.

Plaintiff wishes to thank Your Honor and this Court for the time and attention to this matter.

Respectfully submitted,

*/s/ Noor A. Saab, Esq.*
*Attorney for Plaintiff*

Application GRANTED in part. The Court is in receipt of Plaintiff's request for an extension of the conditional dismissal order issued on August 21, 2024. (Dkt. #17). This is Plaintiff's third request for an extension of Plaintiff's deadline to file a letter of restoration in this case. (Dkt. #18, 20). Given that the parties provided notice of settlement on August 20, 2024 (Dkt. #16), the Court is concerned that the parties have been unable to finalize their settlement agreement. Moreover, the Court stated in its previous endorsement that it would not grant further extension to the restoration deadline absent exigent circumstances. (Dkt. #21). Plaintiff has failed to detail any exigent circumstances in the above letter.

The Court will grant one final extension request, and Plaintiff's deadline to file a letter of restoration is hereby ADJOURNED to on or before **December 31, 2025.** If the parties are unable to reach a settlement by this date, Plaintiff is instructed to file a letter for restoration of this action. If no such letter is received, the Court will deem this case discontinued with prejudice.

The Clerk of Court is directed to terminate the pending motion at docket entry 22.

Dated:   December 19, 2024        SO ORDERED.
         New York, New York

                                  HON. KATHERINE POLK FAILLA
                                  UNITED STATES DISTRICT JUDGE