UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
**EMILY HERNANDEZ**, on behalf of herself
and all others similarly situated,

                       Plaintiff,

       -against-

**TWIN CITIES COMICS, LLC**,

                       Defendant.
--------------------------------------------------------x

Case No.: 1:23-cv-09986-KPF

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE WITHOUT COSTS**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff **EMILY HERNANDEZ** ("Plaintiff") and **TWIN CITIES COMICS, LLC** ("Defendant"), by and through their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that this action be and hereby is voluntarily and finally dismissed with prejudice, without costs or attorneys' fees.

Dated: December 27, 2024

| | |
|---|---|
| The Law Office of Noor A. Saab | Michael Steven Samuel |
| By: _/s/ Noor A. Saab_ | By: _michael samuel_ |
| Noor A. Saab Esq. | Michael Steven Samuel |
| *Attorney for the Plaintiff* | *Attorney for the Defendant* |
| 380 North Broadway, Penthouse West | 1441 Broadway, Suite 6085 |
| Jericho, New York 11753 | New York, NY 10018 |
| Tel: 718-740-5060 | Tel: 212-563-9884 |
| Email: noorasaablaw@gmail.com | E: michael@thesamuellawfirm.com |

SO ORDERED:

Dated: January 3, 2025
       New York, New York

_/s/ Katherine Polk Failla_
Hon. Katherine Polk Failla
United States District Judge

1